

**LaDelle Abilez, CSR**
Official Court Reporter
200th Judicial District Court
Travis County, Texas

P.O. Box 1748
Austin, Texas 78767
(512) 854-9325

January 14, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2457

Re:   Court of Appeals No. 03-14-00515-CV
      Trial Court Cause No. D-1-GN-14-001581
      *Eduardo S. Espinosa, in his capacity as Receiver of Retirement Value, LLC vs.*
      *Salvatore Magaraci and Estate Protection Planning Corporation*

Dear Mr. Kyle,

The Reporter's Record was due in your court on September 25, 2014. I have now received the deposit for the preparation of this record.

I am requesting a new filing deadline for the Reporter's Record in the above-referenced cause. This case is related to another case, Cause No. D-1-GN-14-001582, Third Court of Appeals Cause No. 03-14-00518-CV. The due date for that record is February 5, 2015. I would respectfully request that I be given the same due date as the related case.

Thank you in advance for your consideration in this matter.

Sincerely,

 */s/ LaDelle Abilez*

LaDelle Abilez,
Official Court Reporter